JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SWEETJACK, LLC, a Delaware Limited Liability Company; CUMULUS MEDIA, INC., a Delaware Corporation; BLUSH JEWELRY, LLC, a Nevada Limited Liability Company; IMSMISTYLE, an unknown business entity; PILAR VARGAS, an individual d/b/a PRINCESS P. JEWELRY CO.; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: CV14-08671 JFW (Ex)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:　　　　June 22, 2015<br>Time:　　　　1:30 p.m.<br>Courtroom:　　16 |

-1-
**[] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

## ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. L.A. GEM & JEWELRY DESIGN, INC. ("Plaintiff" or "LA Gem") is the owner of U.S. Copyright Registration number VA 1-912-320 titled "LA Rocks I Love You to the Moon and Back:  448011," issued on November 21, 2013 ("Moon Pendant"), which registration is valid and enforceable;

2. Default Judgment is GRANTED and ENTERED against BLUSH JEWELRY, LLC ("Defaulting Defendant") pursuant to the prayer of the Complaint on each of Plaintiff's claims as set forth in the Complaint, including its claims for (i) willful copyright infringement of the Moon Pendant copyrighted design in violation of 17 U.S.C. § 501; and (ii) contributory and vicarious copyright infringement of the Moon Pendant copyrighted design;

3. The Defaulting Defendant created, designed, purchased, imported, distributed, offered for sale and/or sold certain jewelry products bearing designs that willfully infringed the Moon Pendant copyrighted design;

4. The Defaulting Defendant, its officers, agents, servants, employees and representatives and all other persons, firms or corporations in active concert or participation with it, who receive notice of this Order, are hereby enjoined, restrained, and prohibited from:

    (a) manufacturing, producing, selling, distributing or otherwise disposing of any jewelry that is in Defaulting Defendant's possession, custody, and/or control that is substantially similar to LA Gem's copyrighted Moon Pendant design; and

    (b) engaging in any other activity constituting an infringement of LA Gem's copyrights of the Moon Pendant design;

5. Pursuant to the Copyright Act, 17 U.S.C. § 503, and the equitable powers of

this Court, all infringing Moon Pendant copies in the possession, custody, and/or control of the Defaulting Defendant shall be seized and/or impounded in accordance with the accompanying Writ of Impound and Seizure;

6. The Defaulting Defendant is liable to Plaintiff in the amount of $150,000.00 in statutory damages as a result of the Defaulting Defendant's willful copyright infringement of the Moon Pendant copyrighted design pursuant to 17 U.S.C. § 504(c);

7. The Defaulting Defendant is liable to Plaintiff in the amount of $6,600.00 for Plaintiff's attorneys' fees pursuant to 17 U.S.C. § 505 and Local Rule 55-3;

8. The Defaulting Defendant is liable to Plaintiff in the amount of $355.62 for Plaintiff's costs;

9. The Defaulting Defendant is liable to Plaintiff for prejudgment interest on the amount of the judgment in accordance with 28 U.S.C. § 1961; and

The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Judgment and Order by way of contempt motion or otherwise.

SO ORDERED.

Date June 15, 2015         By: _____/s/ John F. Walter_____
                               Hon. John F. Walter
                               United States District Judge