JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWEETJACK, LLC, a Delaware Limited Liability Company; CUMULUS MEDIA, INC., a Delaware Corporation; BLUSH JEWELRY, LLC, a Nevada Limited Liability Company; INMISTYLE, an unknown business entity; PILAR VARGAS, an individual dba PRINCESS P. JEWELRY CO.; and DOES 1-10, <br><br> Defendants. <br> _____ | Case No.: CV14-08671 JFW (Ex) <br><br> **AMENDED JUDGMENT AGAINST BLUSH JEWELRY, LLC AND CHRISTINA MARIE JAMEEL** |

On November 7, 2014, Plaintiff L.A. GEM & JEWELRY DESIGN, INC. ("Plaintiff" or "LA Gem") filed its Complaint for Copyright Infringement and Contributory and/or Vicarious Copyright Infringement. On January 28, 2015, Defendant BLUSH JEWELRY ("Blush") was served via its Registered Agent, Christina Marie Jameel ("Jameel"), and has not responded to the Complaint or otherwise appeared in this action. On June 15, 2015, this Court Granted Plaintiff's Motion for Entry of Default Judgment against Defendant Blush. On July 13, 2015, Plaintiff moved to Determine Alter Ego Status of Defendant Blush and amend the judgment to include Jameel as a judgment debtor in this action. On August 4, 2015 this Court granted Plaintiff's motion to include Jameel as a judgment debtor.

It is ordered that the judgment and the record of it to read as follows:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. LA Gem is the owner of U.S. Copyright Registration number VA 1-912-320 titled "LA Rocks I Love You to the Moon and Back: 448011," issued on November 21, 2013 ("Moon Pendant"), which registration is valid and enforceable;

2. Default Judgment is GRANTED and ENTERED against BLUSH JEWELRY, LLC and CHRISTINA MARIE JAMEEL ("Defaulting Defendants") pursuant to the prayer of the Complaint on each of Plaintiff's claims as set forth in the Complaint, including its claims for (i) willful copyright infringement of the Moon Pendant copyrighted design in violation of 17 U.S.C. § 501; and (ii) contributory and vicarious copyright infringement of the Moon Pendant copyrighted design;

3. The Defaulting Defendants created, designed, purchased, imported, distributed, offered for sale and/or sold certain jewelry products bearing designs that willfully infringed the Moon Pendant copyrighted design;

4. The Defaulting Defendants, their officers, agents, servants, employees and representatives and all other persons, firms or corporations in active concert or participation with them, who receive notice of this Order, are hereby enjoined, restrained, and prohibited from:

    (a)    manufacturing, producing, selling, distributing or otherwise disposing of any jewelry that is in Defaulting Defendants possession, custody, and/or control that is substantially similar to LA Gem's copyrighted Moon Pendant design; and

    (b)    engaging in any other activity constituting an infringement of LA Gem's copyrights of the Moon Pendant design;

5. Pursuant to the Copyright Act, 17 U.S.C. § 503, and the equitable powers of this Court, all infringing Moon Pendant copies in the possession, custody, and/or control of the Defaulting Defendants shall be seized and/or impounded in accordance with the accompanying Writ of Impound and Seizure;

6. The Defaulting Defendants are liable to LA Gem in the amount of $150,000.00 in statutory damages as a result of the Defaulting Defendants' willful copyright infringement of the Moon Pendant copyrighted design pursuant to 17 U.S.C. § 504(c);

7. The Defaulting Defendants are liable to LA Gem in the amount of $6,600.00 for Plaintiff's attorneys' fees pursuant to 17 U.S.C. § 505 and Local Rule 55-3;

8. The Defaulting Defendants are liable to LA Gem in the amount of $355.62 for Plaintiff's costs;

9. The Defaulting Defendants are liable to LA Gem for prejudgment interest on the amount of the judgment in accordance with 28 U.S.C. § 1961; and

The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Judgment and Order by way of contempt motion or otherwise.

    SO ORDERED.

Date   August 7, 2015

                                               Hon. John F. Walter
                                               United States District Judge